**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Deborah F. Sirias - State Bar #102893
 sirias@lbbslaw.com
Thomas S. Kiddé - State Bar #61717
 kidde@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff
BIO CYBERNETICS INTERNATIONAL



FILED
CLERK, U.S. DISTRICT COURT
NOV - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIO CYBERNETICS INTERNATIONAL, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BURKHART ROENTGEN INTERNATIONAL, INC., a Florida corporation, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. CV 06-06655 ER (MANx)<br><br>[PROPOSED] JUDGMENT |

Pursuant to the terms of the Stipulation of January, 2008, entered into between Plaintiff Bio Cybernetics International ("Plaintiff") and Defendant Burkhart Roentgen International, Inc. ("Defendant"), and filed concurrently herewith, the following Judgment is entered in the above-entitled action.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to the terms of the above-referenced Stipulation, Plaintiff recover from Defendant the sum of $34,000.

4836-8373-1203.1

1  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff
2  shall recover from Defendant its reasonable attorneys' fees and costs in connection
3  with the execution and enforcement of the Judgment. Plaintiff shall file a
4  memorandum of costs and the executing officer shall collect those costs as part of
5  executing on the Judgment.

7  DATED: Nov. 3, 2008     By: _____
                                United States District Court Judge